**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   AMERICANS FOR SAFE ACCESS,                No. C 07-01049 WHA

11                 Plaintiff,

12   v.                                         **ORDER RE STIPULATED
                                                REQUEST TO EXTEND TIME TO**
13   UNITED STATES DEPARTMENT OF                **RESPOND TO COMPLAINT**
     HEALTH AND HUMAN SERVICES, and
14   UNITED STATES FOOD AND DRUG
     ADMINISTRATION
15

16                 Defendants.
                                        /
17

18         Under Civil Local Rule 6-1(a), parties can stipulate to extend the time in which to

19   answer or otherwise respond to the complaint.  The case management conference scheduled for

20   May 31, 2007, at 11:00 a.m. will take place as scheduled.

21

22         **IT IS SO ORDERED.**

23

24   Dated: April 12, 2007.
                                        _____
25                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
26

27

28