JOSEPH D. ELFORD (S.B. NO. 189934)
AMERICANS FOF SAFE ACCESS
1322 Webster St., Suite 402
Oakland, CA 94612
Telephone: (415) 573-7842
Fax: (510) 251-2036
joe@safeaccessnow.org

ALAN B. MORRISON
559 Nathan Abbott Way
Stanford CA 94305
Telephone: (650) 725-9648
Fax: (650) 725-0253
amorrison@law.stanford.edu
(appearing *pro hac vice*)

Counsel for Plaintiff
AMERICANS FOR SAFE ACCESS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICANS FOR SAFE ACCESS, | ) | No. C-07-01049 WHA |
| | ) | |
| Plaintiff, | ) | **JOINT REQUEST FOR** |
| | ) | **EXTENSION OF TIME TO** |
| v. | ) | **FILE JOINT CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| DEPARTMENT OF HEALTH AND | ) | **STATEMENT** |
| HUMAN SERVICES and FOOD AND | ) | |
| DRUG ADMINISTRATION, | ) | Date: May 31, 2007 |
| | ) | Time: 11:00 a.m. |
| Defendants. | ) | Place: Courtroom of the Honorable |
| _____ | ) | William Alsup |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties jointly request an extension of time of six days, from May 17, 2007, to May 23, 2007, in which to file their Joint Case Management Conference Statement. Such additional time is needed for the parties to

address the items listed in the Standing Order for All Judges of the Northern District of California.  The case management conference is scheduled for May 31, 2007, at 11:00 a.m.

DATED:  May 17, 2007                             Respectfully Submitted,

   /s/ Joseph D. Elford
JOSEPH D. ELFORD
ALAN MORRISON
Counsel for Plaintiff

   /s/ Steven Y. Bressler
STEVEN Y. BRESSLER
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANS FOR SAFE ACCESS, ) | No. C-07-01049 WHA |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES and FOOD AND ) | |
| DRUG ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

    Good cause appearing, is it hereby ordered that the parties have until May 23, 2007, to file their Joint Case Management Conference Statement.

    IT IS SO ORDERED.

DATED:  May 18, 2007.



The Honorable [Judge William Alsup]