| | |
|---|---|
| 1 | PETER D. KEISLER |
| | Assistant Attorney General |
| 2 | SCOTT N. SCHOOLS |
| | Interim United States Attorney |
| 3 | ARTHUR R. GOLDBERG |
| | Assistant Branch Director |
| 4 | STEVEN Y. BRESSLER D.C. Bar No. 482492 |
| | Trial Attorney |
| 5 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| 6 |  P.O. Box 883 |
| |  Washington, D.C.  20044 |
| 7 |  Telephone:  (202) 514-4781 |
| |  Facsimile:  (202) 318-7609 |
| 8 |  Email: Steven.Bressler@usdoj.gov |
| | Attorneys for Defendants |
| 9 | the U.S. Department of Health and Human Services |
| | and the U.S. Food and Drug Administration |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| AMERICANS FOR SAFE ACCESS, | ) | |
| | ) | No. C 3:07-01049-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The U.S. DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES and the U.S. | ) | **STIPULATED REQUEST FOR ORDER** |
| FOOD AND DRUG ADMINISTRATION, | ) | **PERMITTING THE PARTIES TO** |
| | ) | **EXCEED THE PAGE LIMITATION** |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

COME NOW THE PARTIES, by and through their undersigned counsel, and respectfully request by stipulation pursuant to Civil Local Rule 7-11 that this Court grant the parties permission to exceed by up to 10 pages the Civil Local Rule 7-4(b) 25-page limit for their initial briefs in support of and opposition to defendants' planned Motion to Dismiss the Complaint, which defendants plan to file on May 25, 2007.

1 | Dated May 22, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

　　　　/s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)
(202) 318-7609 (fax)

Attorneys for Defendants

　　　　/s/ Joseph D. Elford (by permission)
JOSEPH D. ELFORD S.B. No. 189934
AMERICANS FOR SAFE ACCESS
1322 Webster St., Suite 402
Oakland, CA 94612
(415) 573-7842 (telephone)
(510) 251-2036 (fax)
joe@safeaccessnow.org

ALAN B. MORRISON
559 Nathan Abbott Way
Stanford, CA 94305
*Pro hac vice*

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 23, 2007

Hon. WILLIAM H. ALSUP
United States District Judge

-2-