United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICANS FOR SAFE ACCESS,

        Plaintiff,

  v.

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

        Defendant.

_____/

No. C 07-01049 WHA

**ORDER SETTING BRIEFING
SCHEDULE FOR MOTION TO
DISMISS AND VACATING
HEARING ON PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT**

Pursuant to the case management conference held on May 31, 2007, the following
briefing schedule has been set for defendant's motion to dismiss.

Plaintiff's opposition will be due **JUNE 21, 2007**. Defendant's reply will be due on **JUNE
28, 2007**. The hearing on the motion to dismiss will be held on **THURSDAY, JULY 12, 2007, AT
8:00 A.M.**

The hearing scheduled on August 16, 2007, for plaintiff's motion for summary judgment
is hereby **VACATED**. A new briefing schedule will be set for that motion after resolution of the
motion to dismiss, if necessary.

**IT IS SO ORDERED.**

Dated: May 31, 2007.

                   _____
                   WILLIAM ALSUP
                   UNITED STATES DISTRICT JUDGE