| | |
|---|---|
| 1 | PETER D. KEISLER |
|   | Assistant Attorney General |
| 2 | SCOTT N. SCHOOLS |
|   | Interim United States Attorney |
| 3 | ARTHUR R. GOLDBERG |
|   | Assistant Branch Director |
| 4 | STEVEN Y. BRESSLER D.C. Bar No. 482492 |
|   | Trial Attorney |
| 5 | United States Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 6 |   P.O. Box 883 |
|   |   Washington, D.C.  20044 |
| 7 |   Telephone:  (202) 514-4781 |
|   |   Facsimile:  (202) 318-7609 |
| 8 |   Email: Steven.Bressler@usdoj.gov |
|   | Attorneys for Defendants |
| 9 | the U.S. Department of Health and Human Services |
|   | and the U.S. Food and Drug Administration |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| AMERICANS FOR SAFE ACCESS, | ) | |
| | ) | No. C 3:07-01049-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The U.S. DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES and the U.S. | ) | **STIPULATED REQUEST FOR ORDER** |
| FOOD AND DRUG ADMINISTRATION, | ) | **PERMITTING DEFENDANTS TO** |
| | ) | **EXCEED THE PAGE LIMITATION** |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

COME NOW THE PARTIES, by and through their undersigned counsel, and respectfully request by stipulation pursuant to Civil Local Rule 7-11 that this Court grant defendants permission to exceed by up to 5 pages the Civil Local Rule 7-4(b) 15-page limit for their Reply Brief in Further Support of Defendants' Motion to Dismiss the Complaint, which is due June 27, 2007.

1 | Dated June 26, 2007

2 | Respectfully Submitted,

3 | PETER D. KEISLER
    Assistant Attorney General

4 | 

5 | SCOTT N. SCHOOLS
    Interim United States Attorney

6 | ARTHUR R. GOLDBERG
    Assistant Branch Director

7 | 

8 | _____/s/ Steven Y. Bressler_____
    STEVEN Y. BRESSLER D.C. Bar #482492
    Trial Attorney
9 | U.S. Department of Justice
    Civil Division, Federal Programs Branch
10 | P.O. Box 883
    Washington, D.C. 20044
11 | (202) 514-4781 (telephone)
    (202) 318-7609 (fax)

12 | Attorneys for Defendants

13 | 

14 | _____/s/ Joseph D. Elford_____ (by permission)
    JOSEPH D. ELFORD S.B. No. 189934
15 | AMERICANS FOR SAFE ACCESS
    1322 Webster St., Suite 402
16 | Oakland, CA 94612
    (415) 573-7842 (telephone)
17 | (510) 251-2036 (fax)
    joe@safeaccessnow.org

18 | 

19 | ALAN B. MORRISON
    559 Nathan Abbott Way
    Stanford, CA 94305
20 | *Pro hac vice*

21 | Attorneys for Plaintiff

22 | 

23 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 | 

25 | Date: June 28, 2007
    _____
26 | Hon. WILLIAM H. ALSUP
    United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

-2-