PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
ARTHUR R. GOLDBERG
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
 P.O. Box 883
 Washington, D.C. 20044
 Telephone: (202) 514-4781
 Facsimile: (202) 318-7609
 Email: Steven.Bressler@usdoj.gov
Attorneys for Defendants
the U.S. Department of Health and Human Services
and the U.S. Food and Drug Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| AMERICANS FOR SAFE ACCESS,        ) <br> )  <br> Plaintiff,        ) <br> ) <br>   v.        ) <br> ) <br> The U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES and the U.S. ) <br> FOOD AND DRUG ADMINISTRATION, ) <br> ) <br> Defendants.        ) <br> ) <br> _____ ) | No. C 3:07-01049-WHA <br><br> **STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE** AND ORDER |

 COME NOW THE PARTIES, by and through their undersigned counsel, and respectfully request by stipulation pursuant to Civil Local Rule 7-11 that this Court continue the Case Management Conference currently set for October 25, 2007 at 11:00 a.m. to the notice time of defendants' pending Motion to Dismiss Plaintiff's Amended Complaint, currently set for November 15, 2007 at 8:00 a.m., and that the October 18, 2007 deadline for the parties' joint Case Management Statement be continued to November 8, 2007.

 Good cause exists for this request. Because the future course of this litigation will depend on the Court's resolution of defendants' pending dispositive motion, the parties believe that a case

*Case No. C 3:07-01049-WHA*
*Stipulated Request To Continue The Case Management Conference*

1  management conference held prior to the hearing of defendants' motion would not be helpful to
2  the parties or the Court.
3  Dated October 15, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

          /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)
(202) 318-7609 (fax)

Attorneys for Defendants


          /s/ Joseph D. Elford (by permission)
JOSEPH D. ELFORD S.B. No. 189934
AMERICANS FOR SAFE ACCESS
1322 Webster St., Suite 402
Oakland, CA 94612
(415) 573-7842 (telephone)
(510) 251-2036 (fax)
joe@safeaccessnow.org

ALAN B. MORRISON
559 Nathan Abbott Way
Stanford, CA 94305
*Pro hac vice*

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED. There will be no further continuances.

Date: October 16, 2007.

_____
Hon. WILLIAM H. ALSUP
United States District Judge

*Case No. C 3:07-01049-WHA*
*Stipulated Request To Continue The Case Management Conference*                    -2-