IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICANS FOR SAFE ACCESS,

    Plaintiff,

  v.

THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and the U.S. FOOD AND DRUG ADMINISTRATION,

    Defendants.
                                  /

No. C 07-01049 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: November 20, 2007.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE