**FILED**

**JUL 10 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICANS FOR SAFE ACCESS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>DEPARTMENT OF HEALTH & HUMAN SERVICES; et al.,<br><br>    Defendants - Appellees. | No. 07-17388<br><br>D.C. No. CV-07-01049-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's request for judicial notice is being referred to the merits panel for resolution. Any related response or further requests shall also be referred to the panel.

    For the Court:
    MOLLY C. DWYER
    Clerk of the Court

    Alihandra M. Totor
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
       and Ninth Circuit Rule 27-10

amt/Pro Mo 9Jul 2008